UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.     CASE NO. 8:13-CR-46-T-30EAJ

SAMIR NAJJAR

## ORDER

Pursuant to Fed. R. Crim. P. 48(a), the United States has requested leave to dismiss the Information against defendant SAMIR NAJJAR, without prejudice. Leave of Court is granted and the Information is dismissed against defendant SAMIR NAJJAR, in the above-captioned case, without prejudice. The Clerk of Court is directed to close the case as to defendant SAMIR NAJJAR.

Dated: 13 Jan. 2014

JAMES S. MOODY, JR.
United States District Judge